UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIS MIRANDA,

                    Plaintiff,

          -against-

ANITRA IVEY; BRAVO; MS. GUADELOUPE,

                    Defendants.

25-CV-8369 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 22, 2025, the Court directed Plaintiff, within 30 days, to resubmit the signature page of the complaint with a signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the completed signature page as directed. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case

SO ORDERED.

Dated:    March 13, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                              Chief United States District Judge