UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIS MIRANDA,

                              Plaintiff,

              -against-                                    25cv8369 (LTS)

ANITRA IVEY; BRAVO; MS.                                    CIVIL JUDGMENT
GUADELOUPE,

                              Defendants.

For the reasons stated in the March 13, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).


SO ORDERED.

  Dated:   March 16, 2026
           New York, New York


                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge